UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cindy Johnson,

                Plaintiff,

-against-

First Reliance Standard Life Insurance Company,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/5/2022_

22 Civ. 1255 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed case management plan. ECF No. 34. In paragraph 5, the parties propose that fact discovery close on August 5, 2022, yet, in paragraphs 6 and 7, the parties note that "Discovery is waived by the parties." *Id.* at ¶¶ 5–7. By **May 13, 2022**, the parties shall clarify if they wish to engage in fact or expect discovery.

    SO ORDERED.

Dated: May 5, 2022
       New York, New York

                                          ANALISA TORRES
                                  United States District Judge