UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CINDY JOHNSON,

                         **Plaintiff,**                    22-CV-01255 (AT)(SN)

       -against-                                  **ORDER**

FIRST RELIANCE STANDARD LIFE INSURANCE
COMPANY,

                         **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On May 5, 2022, the Honorable Analisa Torres assigned this matter to my docket for settlement. By May 16, 2022, the parties are directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                                            SARAH NETBURN
                                                                            United States Magistrate Judge

DATED:      May 6, 2022
                New York, New York