USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/16/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cindy Johnson,

              Plaintiff,

-against-

First Reliance Standard Life Insurance Company,

              Defendant.

22 Civ. 1255 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On May 5, 2022, the Court order the parties to provide clarification on their proposed case management plan by May 13, 2022.  ECF No. 36.  The parties have failed to do so.  Accordingly, by **May 20, 2022**, the parties shall clarify if they wish to engage in fact or expect discovery.

    SO ORDERED.

Dated: May 16, 2022
       New York, New York

                                          ANALISA TORRES
                                     United States District Judge