```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cindy Johnson,

                Plaintiff,

-against-

First Reliance Standard Life Insurance Company,

                Defendant.

22 Civ. 1255 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' letters dated May 4, 18 and 19, 2022. ECF Nos. 35, 40, 41. The parties represent that they are waiving discovery, rather moving directly to cross-motions for summary judgment. *Id., see also* ECF No. 34 ¶¶ 6–7. Accordingly, the Court shall not enter a case management plan.

      The parties have proposed a briefing schedule for their cross-motions for summary judgment. ECF No. 41. By **July 18, 2022**, the parties are directed to file pre-motion letters in accordance with Section III(A) and (C) of the Court's Individual Practices in Civil Cases. Thereafter, the Court shall set a briefing schedule for the motions.

      SO ORDERED.

Dated: May 19, 2022
       New York, New York

                                            ANALISA TORRES
                                      United States District Judge