UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cindy Johnson,

                 Plaintiff,

-against-

First Reliance Standard Life Insurance Company,

                 Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/29/2022
```

22 Civ. 1255 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has been advised that all claims asserted herein have been settled in principle. ECF No. 44. The above-entitled action is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action by July 25, 2022, if the settlement is not consummated.

    Any application to reopen must be filed by <u>July 25, 2022</u>; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court by July 25, 2022, to be so-ordered by the Court. Per Rule IV(C) of the Court's Individual Practices in Civil Cases, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

    Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: June 29, 2022
       New York, New York

                                                    ANALISA TORRES
                                                United States District Judge