```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/28/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cindy Johnson,

      Plaintiff,

vs.

First Reliance Standard Life Insurance Company,

      Defendant.

Civil Case No: 1:22-cv-01255- AT

**ORDER FOR DISMISSAL WITH PREJUDICE**

The parties filed a Stipulation for Dismissal with Prejudice on July 25, 2022. Based on a review of the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that this action is **DISMISSED** in its entirety, on the merits and **WITH PREJUDICE.** Each party shall bear their own costs and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

SO ORDERED.

Dated: July 28, 2022
      New York, New York

                                          ANALISA TORRES
                                     United States District Judge